# CALLAGY LAW, P.C.

**650 From Road • Suite 565 • Paramus, NJ • 07652**
*Phone: 201-261-1700 • Fax: 201-261-1775*
*www.CallagyLaw.com • info@CallagyLaw.com*

**New York Office:**
WeWork c/o
Callagy Law, PC
750 Lexington Ave.
New York, NY 10022
Phone: 929.436.000

**Arizona Office:**
2550 W. Union Hills Drive
Suite350-341
Phoenix, AZ 85027
Phone: 602.687.5844

**Florida Office:**
1900 NW Corporate Blvd
Suite 310W
Boca Raton, FL 33431
Phone: 561.405.7966
Fax: 201.549.8753

**Partners**
**Sean R. Callagy**
Michael J. Smikun
Thomas LaGreca
Brian P. McCann
Christopher Cavalli
Hala A. Jaloudi
Jeffrey L. Greyber
David L. Aromondo
Sarah N. Goldenthal

*Our team of attorneys is licensed to practice in one or more of the following states:*

NJ, NY, AZ, TX, FL, PA, NH, GA, DC, CA


January 24, 2022

**VIA CM/ECF**

Hon. Judge Julien Xavier Neals
United States District Court, District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

*Re: METROPOLITAN NEUROSURGERY ASSOCIATES v. AETNA, INC. et al*
*Civil No. 2:22-cv-00083-JXN-MAH*

Dear Judge Neals,

We represent the Plaintiff, Metropolitan Neurosurgery Associates ("Plaintiff") in the above-captioned matter.

On or about January 14, 2022, Defendants Aetna, Inc. and Deloitte Services LLP filed a Motion (the "Motion") to Dismiss Plaintiff's Complaint. The Motion is currently returnable February 7, 2022.

Pursuant to L. Civ. R. 7.1(d)(5), please allow this letter to serve as Plaintiff's first request for the automatic one (1) cycle adjournment. The originally noticed Motion return date of February 7, 2022 has not previously been extended or adjourned. This extension should provide Plaintiff with adequate time to respond to Defendants' dispositive Motion.

As required under the Local Civil Rules, the new Motion return date will be February 22, 2022. This is the next available return date.

As always, we thank the Court for its consideration of and attention to this matter.

Respectfully submitted,

By: *s/ Robert J. Solomon*

RJS/jc

**SO ORDERED.**

***/s Michael A. Hammer***
**Hon. Michael A. Hammer,**
**United States Magistrate Judge**

**Dated: January 25, 2022**