# CALLAGY LAW, P.C.

**650 From Road • Suite 240 • Paramus, NJ • 07652**
*Phone: 201-261-1700 • Fax: 201-261-1775*
*www.CallagyLaw.com • info@CallagyLaw.com*

**New York Office**
WeWork c/o
Callagy Law, PC
750 Lexington Ave.
Phone: 929.436.0007
Phone: 929.436.0007

**Arizona Office:**
2550 W. Union Hills Dr
Suite 350-341
Phoenix, AZ 85027
Phone: 602.687.5844

**Florida Office:**
1900 NW Corporate Blvd
Suite 310W
Boca Raton, FL 33431
Phone: 561.405.7966
Fax: 201.549.8753

**Partners**
**Sean R. Callagy**
Michael J. Smikun
Thomas LaGreca
Brian P. McCann
Christopher Cavalli
Jeffrey L. Greyber
David L. Aromondo
Sarah N. Goldenthal

*Our team of attorneys is licensed to practice in one or more of the following states:*

NJ, NY, AZ, TX, FL, PA, NH, GA, DC, CA


February 8, 2022

**VIA CM/ECF**
Hon. Julien Xavier Neals, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

*Re:* *METROPOLITAN NEUROSURGERY ASSOCIATES v. AETNA, INC. et al*
*Civil No. 2:22-cv-00083-JXN-MAH*

Dear Judge Neals:

This firm, and more specifically the undersigned, continues to represent, the Plaintiff, Metropolitan Neurosurgery Associates as related to the above-captioned matter. Defendants' Aetna Life Insurance Company and Deloitte, LLC are represented by Michael E. Holzapfel, Esq., for Jackson Lewis.

Please accept this letter in lieu of a more formal brief pursuant to Local Rule 7.1(d)(4), as the Amended Complaint filed February 3, 2022, cures all the deficiencies outlined in Defendants' Motion to Dismiss.

On January 14, 2022, Defendants filed a Motion to Dismiss the Complaint pursuant to R. 12(b)(6). Specifically, Defendants' Motion to Dismiss requested Plaintiff's Complaint be dismissed for (1) improperly naming the Defendants and (2) not bringing the cause of action under ERISA's civil enforcement provision, section 502(a), 29 U.S.C. § 1132(a).

In response, on February 3, 2022, Plaintiff filed their Amended Complaint pursuant to R. 15(a)(1)(B), naming Deloitte, LLC and Aetna Life Insurance Company as the Defendants and bringing the cause of action under ERISA's civil enforcement provision. See ECF No. 11 and **Exhibit A**.

Therefore, it is our position that Plaintiff's February 3, 2022, Amended Complaint cures all of the deficiencies outlined in Defendants' January 14,

2022, Motion to Dismiss. Accordingly, Plaintiff requests the Court deny Defendants' Motion to Dismiss in its entirety.

I thank the Court for its time and attention to this matter.

Respectfully Submitted,

*s/ Robert J. Solomon, Esq.*
Robert J. Solomon, Esq.

RS/aa
Cc: Michael E. Holzapfel, Esq.