**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| METROPOLITAN NEUROSURGERY on assignment of Naazish S.,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY and DELOITTE LLP,<br><br>Defendants. | Civil Action No. 22-0083 (JXN)(MAH)<br><br>**ORDER** |

**NEALS**, District Judge

**THIS MATTER** on Defendants Aetna Life Insurance Company ("Aetna") and Deloitte LLP's ("Deloitte") (collectively "Defendants") motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 14.) Plaintiff filed an opposition (ECF No. 21), and Defendants replied in further support (ECF No. 22). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons stated in the accompanying Opinion,

**IT IS** on this 15th day of August 2023,

**ORDERED** that Defendants' motion to dismiss (ECF No. 14) is **GRANTED** and Plaintiff's Complaint is **DIMISSED without prejudice**; and it is further

**ORDERED** that Plaintiff shall have fourteen (14) days to file an amended complaint that cures the deficiencies noted in the accompanying Opinion. If Plaintiff does not file an amended pleading within that time, the Complaint will be dismissed with prejudice.

**JULIEN XAVIER NEALS**
**United States District Judge**