**JACKSON LEWIS P.C.**
Michael E. Holzapfel, Esq. (Bar ID #031022002)
michael.holzapfel@jacksonlewis.com
766 Shrewsbury Avenue, Suite 101
Tinton Falls, New Jersey 07724
Telephone: (732) 532-6148
Fax: (732) 842-0301
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| METROPOLITAN NEUROSURGERY on assignment of Naazish S.,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY and DELOITTE LLP,<br><br>Defendants. | Civil Case No.: 2:22-cv-83<br><br>**Oral Argument Requested Pursuant to L. Civ. R. 78.1(b)**<br><br>**NOTICE OF MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that on Monday, March 4, 2024 at 9:00 A.M. in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants shall move before the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102, for an Order granting Defendants' motion to dismiss Plaintiff's Second Amended Complaint with prejudice for failure to state a claim upon which relief may be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion Defendants shall rely upon the accompanying brief.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests oral argument.

JACKSON LEWIS P.C.

Attorneys for Defendants

By: */s/ Michael E. Holzapfel*
Michael E. Holzapfel

Dated: January 29, 2024

4895-5714-7530, v. 1