**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| METROPOLITAN NEUROSURGERY *on assignment of Naazish S.*,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY and DELOITTE LLP,<br><br>Defendants. | Civil Action No. 22-0083 (JXN)(MAH)<br><br>**ORDER** |

**NEALS**, District Judge

**THIS MATTER** comes before the Court on Defendants Aetna Life Insurance Company and Deloitte LLP's (collectively "Defendants") motion to dismiss Plaintiff Metropolitan Neurosurgery Associates on assignment of Naazish S.'s (collectively "Plaintiff") Second Amended Complaint for failure to state a claim, pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 35.) Plaintiff opposed the motion (ECF No. 36), and Defendants replied in further support (ECF No. 37). Jurisdiction is proper pursuant to 29 U.S.C. § 1132. Venue is proper pursuant to 28 U.S.C. § 1391. The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons stated in the accompanying Opinion,

**IT IS** on this 30th day of September 2024,

**ORDERED** that Defendants' motion to dismiss (ECF No. 35) is **GRANTED** and Plaintiff's Second Amended Complaint (ECF No. 27) is hereby **DISMISSED with prejudice**; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this matter.

HONORABLE JULIEN XAVIER NEALS
United States District Judge